**Edward D. JONES et al., etc., Appellants, v. CORONADO HOTEL CO. et al.**

No. 11243.

Circuit Court of Appeals, Eighth Circuit.

June 23, 1938.

H. Chouteau Dyer and J. Raymond Dyer, both of St. Louis, Mo., for appellants.

Rassieur, Long & Yawitz, and Joseph H. Grand, all of St. Louis, Mo., David Levinson, of Chicago, Ill., and Chilton Atkinson, of St. Louis, Mo., for appellees.

PER CURIAM.

Petition for leave to appeal from orders of United States District Court denied.